KENNEDY & COUVILLIER
Todd Kennedy, Bar No. 6014
tkennedy@kclawnv.com
3271 E. Warm Springs Road
Las Vegas, NV 89120
Telephone:  702.605.3440
Facsimile:   702.625.6367

TROUTMAN PEPPER
HAMILTON SANDERS LLP
Terrence R. McInnis, CA Bar No. 155416
(*pro hac vice pending*)
terrence.mcinnis@troutman.com
James A. Hazlehurst, CA Bar No. 257711
(*pro hac vice pending*)
james.hazlehurst@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiff*
U.S. Specialty Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US SPECIALTY INSURANCE CO., a Texas Corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>RIO STONE TILE, LLC, a Nevada limited liability company; ANTHONY & SYLVAN POOLS CORPORATION, an Ohio Corporation,<br><br>　　　　　　Defendants. | Case No.  2:22-cv-00803-ART-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT RIO STONE TILE, LLC TO RESPOND TO COMPLAINT (First Request)** |

　　　Pursuant to LR IA 6-1, Plaintiff US Specialty Insurance Co. ("US Specialty") and Defendant Rio Stone Tile, LLC ("Rio") hereby stipulate to extend the time for

Rio to respond to US Specialty's Complaint by thirty days (plus intervening weekend days) from June 16, 2022 to July 18, 2022. The parties request the proposed extension while they are discussing a potential resolution of this matter, which may eliminate the need for Rio to respond to the Complaint.

Dated: June 15, 2022            Respectfully submitted,

KENNEDY & COUVILLIER

By: */s/ Todd Kennedy*
    Todd Kennedy

*Attorneys for Plaintiff*
U.S. Specialty Insurance Company

Dated: June 15, 2022            Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ James A. Hazlehurst*
    Terrence R. McInnis
    James A. Hazlehurst

*Attorneys for Plaintiff*
U.S. Specialty Insurance Company

Dated: June 15, 2022            Respectfully submitted,

THE ALLISON LAW FIRM CHTD.

By: */s/ Heather Caliguire Fleming*
    Heather Caliguire Fleming

*Attorney for Defendant*
Rio Stone Tile, LLC

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

# ORDER

Having considered the Stipulation of the parties, and good cause appearing, the Court grants the request to extend Rio Stone Tile, LLC's deadline for responding to the Complaint from June 16, 2022 to July 18, 2022.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  6-16-2022